ACCEPTED
03-16-00062-CV
11121360
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/13/2016 5:09:29 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/13/2016 5:09:29 PM
JEFFREY D. KYLE
Clerk

H. CARL MYERS
Assistant Attorney General
General Litigation Division

512-463-2120
Fax (512) 320-0667
EMAIL: carl.myers@texasattorneygeneral.gov

June 13, 2016

**Via FileandServeXpress**

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
209 West 14th Street, Room 401
Austin, Texas 78701

RE:  *Cause No. 03-16-00062-CV; Williams v. Paul, et al., on appeal from the 200th District Court of Travis County, Texas, Cause No, D-1-GN-005833 (appeal of denial of Plea to the Jurisdiction).*

*Cause No. 03-16-00052-CV; La Marque Indep. Sch. Dist., et al. v. Willaims, on appeal from the 200th District Court of Travis County, Texas, Cause No. D-1-GN-00583 (appeal of denial of Motion for Temporary Injunction)*

Dear Mr. Kyle:

Please file this letter on behalf of appellants. Counsel is being served by electronic service provider. Thank you for your assistance.

TO THE HONORABLE THIRD COURT OF APPEALS:

I write regarding the above-referenced cross appeals related to the La Marque Independent School District. TEA's Commissioner appeals the denial of his plea and the District appeals the denial of its temporary injunction motion. Both appeals raise issues of great importance to the State's administration of public education.

Pursuant to statute, closure of the La Marque Independent School District is scheduled for July 1, 2016. Because of the impending closure deadline, the timeliness of this Court's determination of the issues is of paramount importance. At this time, both appeals are fully briefed and ripe for submission, set by this Court for June 23, 2016.

Sincerely,

/s/ H. Carl Myers

H. CARL MYERS
Assistant Attorney General
General Litigation Division


cc:
Ron Rainey
Chris Tritico